**Order entered December 21, 2022**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00449-CV

### IN THE INTEREST OF L.W.G.P., A MINOR CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-03769-Z**

### ORDER

Before the Court is appellee's December 20, 2022 second unopposed motion to extend time to file his brief. Appellee seeks a ten-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than January 6, 2023.

/s/    KEN MOLBERG
          JUSTICE